UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:26-cv-02895

**Lucas Santiago Martinez,**
*Petitioner,*
v.
**Charlotte Collins, et al.,**
*Respondents.*

## ORDER

On October 28, 2026, Petitioner Lucas Santiago Martinez filed a motion to dismiss without prejudice. The Court construes the Plaintiff's document as a motion made under FED. R. CIV. P. 41(a)(2). The Court finds the terms of dismissal proper. There are no counterclaims or crossclaims that prevent dismissal. *See id*. Therefore, the Court GRANTS the motion. The above numbered case is dismissed without prejudice.

The clerk of the court is directed to close the case.

*So ordered by the Court on October 29, 2026.*

ANDREW DAVIS
United States District Judge